General Complaint



**FILED**

JUL 5 2023

Clerk, U.S. District Court
Eastern District of Texas

IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS

IGOR KRAVETS
_____

Case Number: 4:23cv630 ALM/KPJ

List the full name of each plaintiff in this action.

VS.

CITY OF MCKINNEY
_____

List the full name of each defendant in this action.
Do not use "et al".

Attach additional pages if necessary.

I.  ATTEMPT TO SECURE COUNSEL:

   Please answer the following concerning your attempt to secure counsel.

   A.  In the preparation of this suit, I have attempted to secure the aid of an attorney as follows: (circle one)

       1. Employ Counsel
       2. Court - Appointed Counsel
       3. Lawyer Referral Service of the State Bar of Texas,
          P. O. Box 12487, Austin, Texas 78711.

   B.  List the name(s) and address(es) of the attorney(s):
       Court Appointed counsel

C. Results of the conference with counsel:

> I Tried call lawers but they want
> $5000 Dallas I don't have the
> money I Live on pansion of 1.070
> with me and my hus ï Tiny Son
> with and my Dought

II. List previous lawsuits:

A. Have you filed other lawsuits in state or federal court dealing with the same facts involved in this action or any other incidents? ____Yes ✓ No

B. If your answer to "A" is "yes", describe the lawsuit in the space below. If there is more than one lawsuit, attach a separate piece of paper describing each.

    1. Approximate file date of lawsuit: _____

    2. Parties to previous lawsuit(s):

    Plaintiff _____

    Defendant _____

Attach a separate piece of paper for additional plaintiffs or defendants.

    3. Identify the court the lawsuit was filed. If federal, name the district. If state, name the county.

    _____

    4. Docket number in other court. _____

    5. Name of judge to whom the case was assigned.

    _____

    6. Disposition: Was the case dismissed, appealed or still pending?

    _____

    7. Approximate date of disposition. _____

III.  Parties to this suit:

   A.  List the full name and address of each plaintiff:

   Pla #1 _IGOR KRAVETS_____

   Pla #2 _____

   B.  List the full name of each defendant, their official position, place of employment and full mailing address.

   Dft #1: _CITY OF McKINNEY_____

   Dft #2: _____

   Dft #3 _____

   Attach a separate sheet for additional parties.

IV: Statement of Claim:

State as briefly as possible the fact of your case. Describe how each defendant is involved. Include the names of other persons involved with dates and places. Do not give any legal arguments or cite cases or statutes. If you intend to allege a number of related claims, number and set forth each claim in a separate paragraph. Use as much space as you need, attaching additional pages if necessary.

I was ~~jailed~~ unlawful arrested on Aug 09 2022. ~~I tried to buy beer. I was hit~~ by city of McKinney ~~ms McK~~

My charger were dropped 7 months later I want to sue city of McKinney for damages.

V. Relief: State Briefly exactly what you want the court to do for you. Make no legal arguments and do not cite cases or statutes. Attach additional pages if necessary.

I WAS TO SUE city OF McKINNEY
FOR DAMAGES

Signed this _07_ day of _05_ (Month), 20 _23_ (Year).

_[signature]_

I declare (certify, verify or state) under penalty of perjury that the foregoing is true and correct.

Executed on: _07/05/2023_
Date

EGOR KRUX PH
2150 COLLIN McKINNEY PKWY
#4106 McKINNEY TX 75070
Signature of each plaintiff